IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**ETHAN HODGES AND PAIGE HODGES**

**Plaintiffs,**

vs.                                            CIVIL ACTION NO: 1:24-cv-00176

**DESIGN 1 GROUP, LLC., and**
**CONNEXUS CREDIT UNION,**

**Defendants.**

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT DESIGN 1 GROUP, LLC**

Now come the Plaintiffs, Ethan and Paige Hodges, by counsel, John N. Ellem pursuant to Rule 55 of the Federal Rules of Civil Procedure and hereby move for Default Judgment on their claims against the Defendant, Design 1 Group, LLC (hereinafter Design). In support of their motion the Plaintiffs cite the accompanying memorandum.

**ETHAN AND PAIGE HODGES**

By Counsel

 /s/ **John N. Ellem**
John N. Ellem (WV State Bar #6027)
         (Ohio S.Ct. #62842)
**ELLEM LAW OFFICE, PLLC**
P.O. Box 322
Parkersburg, WV  26102-0322
Telephone – (304) 424 -5297
Facsimile – (304) 865-1585
john@ellemlawoffice.com
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

John N. Ellem certifies that true and correct copies of the **Plaintiffs' Motion for Default Judgement**, were served on May 14, 2024, via the court's transmission facilities by electronic means to:

Christopher L. Bauer (W.Va. Bar No. 12957)
Sheppard, Mullin, Richter & Hampton, LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Tel. (202) 747-1900
Fax. (202) 747-1901
cbauer@sheppardmullin.com
Attorney for Connexus Credit Union

    **/s/ John N. Ellem**
John N. Ellem (WV State Bar #6027)
    (Ohio S.Ct. #62842)
**ELLEM LAW OFFICE, PLLC**
P.O. Box 322
Parkersburg, WV  26102-0322
Telephone – (304) 424 -5297
Facsimile – (304) 865-1585
john@ellemlawoffice.com
*Counsel for Plaintiffs*